1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   REBIO RONNIE TOWNSEND,                     No.  2:13-cv-1382 CKD P
12              Plaintiff,
13       v.                                     ORDER
14   STATE OF CALIFORNIA, et al.,
15              Defendants.
16

17       Plaintiff, a civil detainee at Coalinga State Hospital proceeding pro se, has filed a civil
18   rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.
19   In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged
20   violations took place in Fresno County, which is part of the Fresno Division of the United States
21   District Court for the Eastern District of California.  See Local Rule 120(d).
22       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
23   division of a court may, on the court's own motion, be transferred to the proper division of the
24   court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of
25   1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in
26   forma pauperis.
27   /////
28   /////

                                            1

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

3     2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

5     3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: July 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
town1382.22

2