# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01091 DLB PC<br><br>ORDER TRANSFERRING ACTION<br>TO THE CENTRAL DISTRICT<br>OF CALIFORNIA |

　　　　Plaintiff Rebio Ronnie Townsend ("Plaintiff") is a civil detainee proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 11, 2013. Plaintiff's complaint contained allegations relating to his conditions of confinement at Coalinga State Hospital. Accordingly, on July 22, 2013, the action was transferred from the Sacramento Division of this Court to the Fresno Division.

　　　　On August 19, 2013, Plaintiff filed a First Amended Complaint as of right.[1] Although Plaintiff is currently housed at Coalinga State Hospital, the allegations in his First Amended Complaint related to events occurring while he was housed at Atascadero State Prison. He alleges that this action is filed against "slanderous doctors at Atascadero." Comp. 4.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 22, 2013.

1 | The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Given that the events arose in San Luis Obispo County and no Defendant resides in this district, Plaintiff's complaint should have been filed in the United States District Court for the Central District of California. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986) (court may raise defective venue sua sponte).

Accordingly, this action is HEREBY ORDERED TRANSFERRED to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **September 19, 2013**        /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE